UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV17-7265 JFW (SSx)                                      Date: February 9, 2018

Title:   Rafael Arroyo, Jr. v. Kane Industrial Properties, LLC, et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Stephen Montes Kerr | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                        None

**PROCEEDINGS (IN CHAMBERS):**       ORDER OF DISMISSAL

     In the Notice of Settlement filed on February 8, 2018, Dkt. No. 29, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before March 9, 2018. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until March 9, 2018. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

     IT IS SO ORDERED.

Initials of Deputy Clerk   SMO